# UNITED STATES DISTRICT COURT
### for the

### Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ALAN MARSHALL | ) |
| | ) |
| Date of Original Judgment: _____03/13/2015_____ | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No:  3:13CR00046-006

USM No:  11759-028

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 782 went into effect on November 1, 2014. Because he was sentenced after that date, the Court had the benefit of the amendment at the time of his sentencing.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____5/22/2018_____

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Richard L. Young, U.S. District Court Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk